

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 90-0-108 |
| Plaintiff, | ) | |
| vs. | ) | **MEMORANDUM AND ORDER** |
| KEITH A. LUDWIG, a/k/a MICHAEL OATES, | ) | |
| Defendant. | ) | |

I am in receipt of the report of the United States Medical Center for Federal Prisoners, Springfield, Missouri, concerning defendant Keith A. Ludwig, also known as Michael Oates. The Medical Center's report indicates that the defendant is competent to stand trial. Accordingly,

IT IS ORDERED that:

(1) The report of the United States Medical Center for Federal Prisoners concerning Keith A. Ludwig, a copy of which is attached to this memorandum and order, shall be sealed;

(2) The Clerk of the United States District Court for the District of Nebraska is ordered to send a copy of this memorandum and order and the attached report to all counsel of record;

(3) Within ten (10) days of the date of this order, if any party requires a hearing in this matter, such party shall file a motion requesting a hearing; otherwise, the court may dispose of any motion regarding competence without a hearing.

DATED this 12th day of February, 1991.

BY THE COURT:

Richard G. Kopf
United States Magistrate Judge