IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:90CR108 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | REASSIGNMENT ORDER |
| KEITH A. LUDWIG, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW the court sua sponte and finds this case was previously assigned to the late District Judge William G. Cambridge. Accordingly,

**IT IS ORDERED** that this case is reassigned to District Judge Richard G. Kopf for all dispositional matters.

**DATED: September 13, 2005.**

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge