IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF THE ) | GENERAL ORDER 2005-15 |
| ASSIGNMENT OF CASES ) | |
| FROM THE OMAHA CRIMINAL ) | |
| DOCKET TO JUDGES KOPF AND ) | |
| PIESTER, ) | |

For certain administrative purposes, and to better equalize the docket, Chief Judge Bataillon, Judge Kopf, and Judge Smith Camp have agreed to randomly assign criminal cases from the Omaha criminal docket to Judge Kopf;

**IT IS ORDERED** that:

(1) The Clerk's Office shall file a copy of this order in each criminal case assigned from the Omaha criminal docket to Judge Kopf on or after April 29, 2005;

(2) These cases will be tried by Judge Kopf, with the assistance of Magistrate Judge Piester;

(3) If possible, Judge Kopf will try cases and sentence defendants in criminal cases assigned from the Omaha docket in the Special Proceedings Courtroom in Omaha, Nebraska;

(4) Unless otherwise ordered, pretrial proceedings in these cases shall be held in Lincoln, Nebraska;

(5) All requests for scheduling of pretrial matters or for trial settings shall be made in writing to Judge Piester;

(6) All requests for sentencing dates shall be made in writing to Judge Kopf;

(7) The parties are reminded that Judge Kopf insists that all pleas of guilty be tendered to Judge Piester unless there is a very compelling reason not to do so.

Dated this 9th day of June, 2005

BY THE COURT:

s/ Joseph F. Bataillon
Chief Judge